IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ROSENBLUM,

        Plaintiff,                     No. CIV S-06-0764 GEB DAD P

    vs.

MULE CREEK STATE PRISON/
MEDICAL OFFICIALS, et al.,

        Defendants.           <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's December 1, 2006 order. Good cause appearing, IT IS ORDERED that:

        1. Plaintiff's December 13, 2006 request for extension of time is granted; and

        2. Plaintiff's amended complaint shall be filed on or before January 30, 2007.

DATED: December 18, 2006.

                                  */s/ Dale A. Drozd*
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
rose0764.36