1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PHILLIP ROSENBLUM,

11          Plaintiff,                    No.  CIV S-06-0764 GEB DAD P

12      vs.

13   MULE CREEK STATE PRISON/
     MEDICAL OFFICIALS, et al.,

14
              Defendants.          ORDER
15   _____/

16          Plaintiff is a state prisoner proceeding pro se and in forma pauperis.  Plaintiff

17   seeks relief pursuant to 42 U.S.C. § 1983.  By order filed December 1, 2006, plaintiff's

18   complaint was dismissed with leave to amend.  Plaintiff has filed an amended complaint.[1]

19          Plaintiff's amended complaint appears to state cognizable claims for relief against

20   Dr. Akanna, Dr. Akintola, Dr. Galloway, Dr. Milliman, Dr. Nale, Dr. Pham, and Dr. Williams.  If

21   the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to

22   prevail on the merits of this action.  The court finds that plaintiff's complaint does not state a

23   cognizable claim against defendants Gipson and Songer since he has failed to allege any specific

24   _____

25          [1] Plaintiff filed an amended complaint on February 22, 2007.  He filed another amended
     complaint on March 1, 2007.  The court will proceed on plaintiff's most-recently filed amended
26   complaint.

                                            1

1    causal link between the actions of these defendants and the claimed constitutional violations.

2                  Accordingly, IT IS HEREBY ORDERED that:

3                  1.  Service of the amended complaint is appropriate for the following defendants:

4    Dr. Akanna, Dr. Akintola, Dr. Galloway, Dr. Milliman, Dr. Nale, Dr. Pham, and Dr. Williams.

5                  2.  The Clerk of the Court shall send plaintiff seven USM-285 forms, one

6    summons, an instruction sheet, and a copy of the amended complaint filed March 1, 2007.

7                  3.  Within thirty days from the date of this order, plaintiff shall complete the

8    attached Notice of Submission of Documents and submit all of the following documents to the

9    court at the same time:

10                       a.  The completed, signed Notice of Submission of Documents;

11                       b.  One completed summons;

12                       c.  One completed USM-285 form for each defendant listed in number 1

13                       above; and

14                       d.  Eight copies of the endorsed amended complaint, including the exhibits

15                       attached thereto, filed March 1, 2007.

16                  4.  Plaintiff shall not attempt to effect service of the amended complaint on

17    defendants or request a waiver of service of summons from any defendant.  Upon receipt of the

18    above-described documents, the court will direct the United States Marshal to serve the above-

19    named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

20    DATED: May 14, 2008.

21

22                                                        _____
                                                          DALE A. DROZD
23                                                        UNITED STATES MAGISTRATE JUDGE

24    DAD:9
      rose0764.1am
25

26

                                                    2

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PHILLIP ROSENBLUM,

11            Plaintiff,                    No.  CIV S-06-0764 GEB DAD P

12      vs.

13   MULE CREEK STATE PRISON/          NOTICE OF SUBMISSION
     MEDICAL OFFICIALS, et al.,
14                                      OF DOCUMENTS
            Defendants.
15   _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18            _____  one completed summons form;

19            _____  seven completed USM-285 forms; and

20            _____  eight true and exact copies of the amended complaint, including the

21            exhibits attached thereto, filed March 1, 2007.

22   DATED: _____.

23

24                                      _____
                                        Plaintiff

25

26