IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP J. ROSENBLUM,

     Plaintiff,                    No. CIV S-06-0764 GEB DAD P

    vs.

MULE CREEK STATE PRISON/
MEDICAL OFFICIALS, et al.,

     Defendants.             <u>ORDER</u>

                              /

        Plaintiff has requested an extension of time to complete and file the documents necessary to effect service on defendants pursuant to the court's order of May 14, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

            1. Plaintiff's June 11, 2008 request for an extension of time is granted; and

            2. Plaintiff shall file the documents necessary to effect service on defendants on or before July 14, 2008.

DATED: June 18, 2008.

                                                                                /s/ Dale A. Drozd
                                                                                DALE A. DROZD
                                                                                UNITED STATES MAGISTRATE JUDGE

DAD:9:ja
rose0764.36usm