IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ROSENBLUM,

    Plaintiff,                  No. CIV S-06-0764 GEB DAD P

    vs.

MULE CREEK STATE PRISON
MEDICAL OFFICIALS, et al.,

    Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On July 3, 2008, the court ordered the United States Marshal to serve the amended complaint on seven defendants. The Marshal was unable to effect service on defendant Nale. According to Mule Creek State Prison, defendant Nale has moved out of state. In addition, he is not listed in the California Department of Corrections and Rehabilitation locator database.

        If plaintiff wishes to proceed with his claims against defendant Nale, he must provide the court with additional information that will enable the United States Marshal to serve this defendant. Plaintiff shall promptly seek such information through any means available to him.

/////

1

1  Plaintiff is cautioned that when service of a complaint is not made upon a
2 defendant within 120 days after the complaint was filed, the court may be required to dismiss the
3 plaintiff's claims against that defendant.  <u>See</u> Fed. R. Civ. P. 4(m).
4  Accordingly, IT IS HEREBY ORDERED that:
5  1.  The Clerk of the Court is directed to send plaintiff one summons, one USM-
6 285 form, an instruction sheet, and a copy of the amended complaint filed March 1, 2007; and
7  2.  Within thirty days from the date of this order, plaintiff shall complete the
8 attached Notice of Submission of Documents and submit it to the court with the documents listed
9 below:
10  a.  One completed USM-285 form for defendant Nale;
11  b.  Two copies of the amended complaint filed March 1, 2007; and
12  c.  One completed summons form.
13 DATED: August 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

18 DAD:9:ja
rose0764.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ROSENBLUM,

   Plaintiff,          No. CIV S-06-0764 GEB DAD P

 vs.

MULE CREEK STATE PRISON     NOTICE OF SUBMISSION
MEDICAL OFFICIALS, et al.,
                 OF DOCUMENTS
   Defendants.
_____/

   Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

   ____ <u>one</u> completed summons form;

   ____ <u>one</u> completed USM-285 form; and

   ____ <u>two</u> true and exact copies of the amended complaint filed March 1, 2007.

DATED: _____.

                          _____
                          Plaintiff