IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ROSENBLUM,

    Plaintiff,                          No. CIV S-06-0764 GEB DAD P

    vs.

MULE CREEK STATE PRISON
MEDICAL OFFICIALS, et al.,

    Defendants.               ORDER

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On July 3, 2008, the court ordered the United States Marshal to serve the complaint on seven defendants. The Marshal was unable to effect service on defendant Akanna, reporting that the California Department of Corrections and Rehabilitation (CDCR) locator has no record of this defendant in their database.

        If plaintiff wishes to proceed with his claims against defendant Akanna, he must provide the court with additional information that will enable the United States Marshal to serve this defendant. Plaintiff shall promptly seek such information through any means available to him.

        Plaintiff is cautioned that when service of a complaint is not made upon a defendant within 120 days after the complaint was filed, the court may be required to dismiss the

1

1 | plaintiff's claims against that defendant.  See Fed. R. Civ. P. 4(m).

2 | Accordingly, IT IS HEREBY ORDERED that:

3 | 1. The Clerk of the Court is directed to send plaintiff one summons, one USM-
4 | 285 form, an instruction sheet, and a copy of the amended complaint filed March 1, 2007; and

5 | 2. Within thirty days from the date of this order, plaintiff shall complete the
6 | attached Notice of Submission of Documents and submit it to the court with the documents listed
7 | below:

8 | a. One completed USM-285 form for defendant Akanna;

9 | b. Two copies of the amended complaint filed March 1, 2007; and

10 | c. One completed summons form.

11 | DATED: September 3, 2008.

14 | DAD:9:ak
rose0764.8e(2)

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ROSENBLUM,

      Plaintiff,                      No. CIV S-06-0764 GEB DAD P

      vs.

MULE CREEK STATE PRISON        NOTICE OF SUBMISSION
MEDICAL OFFICIALS, et al.,
                                      OF DOCUMENTS
      Defendants.
_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ one completed summons form;

      _____ one completed USM-285 form; and

      _____ two true and exact copies of the amended complaint filed March 1, 2007.

DATED: _____.

                                                           _____
                                                            Plaintiff