IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PHILLIP ROSENBLUM,** | CASE NO.: 2:06-CV-0764 GEB DAD (P) |
| Plaintiff, | **ORDER** |
| v. | |
| **MULE CREEK STATE PRISON MEDICAL OFFICIALS, et al.,** | |
| Defendant. | |

Defendants have filed two requests for an extension of time to respond to Plaintiff's amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' September 3, 2008, and October 17, 2008, requests (Doc. Nos. 36 & 48) are granted;

2. Defendants shall respond to Plaintiff's amended complaint on or before Monday, November 3, 2008.

DATED: October 21, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/rose0764.res

1