IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ROSENBLUM,

    Plaintiff,               No. CIV S-06-0764 GEB DAD P

    vs.

MULE CREEK STATE PRISON
MEDICAL OFFICIALS, et al.,

    Defendants.       ORDER
_____/

    Plaintiff has requested an extension of time to file and serve an opposition to defendants' November 3, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's November 24, 2008 request for an extension of time (Docket No. 51) is granted; and

    2. Plaintiff shall place his opposition to defendants' November 3, 2008 motion to dismiss in the mail on or before December 24, 2008. Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: December 2, 2008.

                                            _____
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:mp
rose0764.36opp