IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ROSENBLUM,

    Plaintiff,                            No. CIV S-06-0764 GEB DAD P

    vs.

MULE CREEK STATE PRISON
MEDICAL OFFICIALS, et al.,

    Defendants.                     ORDER

/

        Plaintiff has requested a second extension of time to file and serve an opposition to defendants' November 3, 2008 motion to dismiss. Good cause appearing, plaintiff's request will be granted. However, no further extensions of time will be granted for this purpose.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's December 18, 2008 request for an extension of time (Doc. No. 53) is granted;

        2. Plaintiff shall place his opposition to defendants' November 3, 2008 motion to dismiss in the mail on or before January 24, 2008. No further extensions of time will be granted for this purpose; and

/////

/////

1

1     3. Any reply shall be filed and served in accordance with Local Rule 78-230(m).

2 DATED: December 30, 2008.

[Signature: Dale A. Drozd]
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
rose0764.36opp(2)