IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PHILLIP ROSENBLUM,** | 2:06-CV-0764 GEB DAD (P) |
| Plaintiff, | **ORDER** |
| v. | |
| **MULE CREEK STATE PRISON MEDICAL OFFICIALS, et al.,** | |
| Defendant. | |

Defendants have filed a request for a two-week extension of time to reply to Plaintiff's opposition to Defendants' motion to dismiss. Good cause appearing, Defendants are granted a two-week extension of time, to and including Tuesday, February 17, 2009, to reply to Plaintiff's opposition to Defendants' motion to dismiss.

DATED: February 6, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/rose0764.36rep