IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ROSENBLUM,

        Plaintiff,             No. CIV S-06-0764 GEB DAD P

    vs.

MULE CREEK STATE PRISON
MEDICAL OFFICIALS, et al.,

        Defendants.        ORDER

_____/

        Plaintiff has requested an extension of time to submit the documents necessary for service pursuant to the court's order of March 20, 2009.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's April 22, 2009 request for an extension of time (Doc. No. 65) is granted; and

        2.  Plaintiff is granted thirty days from the date of service of this order in which to submit the documents necessary for service.

DATED: April 30, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
rose0764.36usm(2)