IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ROSENBLUM,

        Plaintiff,                      No. CIV S-06-0764 GEB DAD P

      vs.

MULE CREEK STATE PRISON
MEDICAL OFFICIALS, et al.,

        Defendants.               <u>ORDER</u>

/

        Plaintiff has requested an extension of time up to and including October 1, 2009, to file and serve objections to the August 6, 2009 findings and recommendations. Good cause appearing, the court will grant plaintiff's request in part and allow him up to and including September 15, 2009 to file and serve his objections.

        Plaintiff is advised that the purpose of filing objections to a magistrate judge's findings and recommendations is merely to identify the portions of the findings and recommendations to which objection is made and the basis of the objection. The district judge will conduct a <u>de novo</u> review of all portions of the findings and recommendations to which objections are made. The purpose of such objections is not to provide the parties an opportunity to conduct additional research and present new arguments that were not included in the motion heard by the assigned magistrate judge.

1

Plaintiff is cautioned that court will not grant any further extensions of time for this purpose. If the plaintiff does not timely file his objections, the undersigned will forward the findings and recommendations to the assigned district judge without objections for his consideration.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 17, 2009 motion for an extension of time (Doc. No. 71) is granted in part;

2. Plaintiff shall place his objections to the findings and recommendations in the mail on or before September 15, 2009. Defendants' reply, if any, shall be filed and served within seven days thereafter. No further extensions of time will be granted for this purpose.

DATED: August 20, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
rose0764.36obj